**Samuel T. Stanke OSB No. 034631**
E-mail: sam@stankelaw.com
Attorney at Law, LLC
1400 SW Montgomery Street
Portland, OR 97201
Telephone: 503-224-1127
Facsimile: 503-228-4454

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CORINNA TYLER,** | Case No. 6:18-CV-00775-TC |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER OF DISMISSAL** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| Defendant. | |

# STIPULATION

**THE PARTIES**, by and through undersigned counsel of record, hereby stipulate and agree that the claim of Plaintiff, Corinna Tyler, against defendant Lincoln National Life Insurance Company, has been fully compromised and settled, and the same may be dismissed with prejudice and without costs or attorney fees to any party.

DATED this 1st day of August, 2018.

**SAMUEL T. STANKE, ATTORNEY AT LAW, LLC**


__/s/ Samuel T. Stanke_____
Samuel T. Stanke
OSB #034631
(503) 224-1127
Attorney for Plaintiff

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**


__/s/ Russel S. Buhite_____
Russel S. Buhite
OSB #142529
(206) 693-7052
Attorney for Defendant

STIPULATION AND PROPOSED ORDER OF DISMISSAL                                Page 2

SAMUEL T. STANKE
Attorney at Law
1400 SW Montgomery Street, Portland, OR 97201
Telephone: 503-224-1127 / Fax: 503-228-4454
Email: sam@stankelaw.com

# ORDER

**IN CONFORMITY** with the foregoing Stipulation, this action and all parts thereof are hereby dismissed with prejudice and without recovery of costs or attorney fees to either party.

DATED this __7__ day of __Aug__, 2018.

_____
The Honorable Magistrate Judge Thomas M. Coffin

STIPULATION AND PROPOSED ORDER OF DISMISSAL          Page 3

SAMUEL T. STANKE
Attorney at Law
1400 SW Montgomery Street, Portland, OR 97201
Telephone: 503-224-1127 / Fax: 503-228-4454
Email: sam@stankelaw.com